UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLEN BOBBITT and ROBERT
BUTLER, individually and on behalf
of those similarly situated,

        Plaintiffs,

v.    Case No. 8:11-cv-2855-T-24 MAP

BROADBAND INTERACTIVE, INC.,,

        Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion to Approve FLSA Settlement. (Doc. No. 202). In this motion, the parties ask the Court to (1) approve the settlement agreement, (2) dismiss the case with prejudice, (3) reserve jurisdiction to determine the amount of Plaintiffs' attorneys' fees and costs, and (4) reserve jurisdiction to enforce the parties' settlement agreement. Upon consideration, , it is ORDERED AND ADJUDGED that:

(1) The parties' Joint Motion to Approve FLSA Settlement (Doc. No. 202) is **GRANTED** to the extent that the case is dismissed with prejudice, and the Court reserves jurisdiction to determine the amount of Plaintiffs' attorneys' fees and costs; the motion is **DENIED** to the extent that the Court declines to reserve jurisdiction to enforce the parties' settlement agreement.

(2) The parties are directed to meet and confer regarding Plaintiffs' attorneys' fees and costs by January 6, 2014. If the parties are unable to resolve the issue, Plaintiffs are directed to file a motion for attorneys' fees and costs by January 24, 2014.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of December, 2013.

Copies to: Counsel of Record

SUSAN C. BUCKLEW
United States District Judge